**LP**

(1)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

SAM HUBI

2020 ARTHUR ST.

PHILA PA 19152

*(In the space above enter the full name(s) of the plaintiff(s).)*

**10    3821**

- against -

KEVIN NALTY A/K/A

KEVIN NALTS AND

YOUTUBE.COM

KEVIN NALTY -

DOYLESTOWN, PA   TWP.

## COMPLAINT

Jury Trial: ☑ Yes   ☐ No

(check one)

**FILED**

JUL 30 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name                  SAM HUBI

                Street Address        2020 ARTHUR ST.

                County, City          PHILA

                State & Zip Code      PA  19152

                Telephone Number      1-261-235-4040

*Rev. 10/2009*

5

B.  List all defendants.  You should state the full name of the defendants, even if that defendant is a
government agency, an organization, a corporation, or an individual.  Include the address where each
defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in
the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1

Name _____ KEVIN NALTY A/N/A KEVIN NALTS

Street Address _____

County, City ___ DOYLESTOWN TWP. _____

State & Zip Code ___ PA _____

Defendant No. 2

Name __ YOUTUBE.COM _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases
involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a
case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C.
§ 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than
$75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

☑  Federal Questions        ☐  Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at
issue? __ INVASION OF PRIVACY ISSUE + LIABLE
SLANDER, NEGLIGANCE + PORTRAYING
PLAINTIFF IN A FALSE LIGHT + VIOLATION
OF HIS CIVIL RIGHTS.

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? *FIRST*
*AMENDMENT + HARRASSMENT OVER THE INTERNET.*
        Plaintiff(s) state(s) of citizenship _____

        Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this
complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to
include further details such as the names of other persons involved in the events giving rise to your claims.  Do not
cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a
separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur? *DEFENDANTS HAVE*
*PUBLISHED ON INTERNET VIA YOUTUBE w/o PERMISSION of*
*PLAINTIFF A PIC/VIDEO DEPICTING PLAINTIFF AS THE*
*CREEPY ICECREAM MAN + DESSAMINATED*

B.     What date and approximate time did the events giving rise to your claim(s) occur? *THIS COMMUNICATION OVER THE NET*
*CAUSING PLAINTIFF LOSS OF INCOME,*
*HARRASSMENT, + DISCRIMINATION, IN THE*
*COMUNITY.*

C.     Facts: *ON OR ABOUT 8/6/09 w/o PERMISSION OF PLAINTIFF*
*YOUTUBE PUBLISHED VIDEO ON INTERNET NOR*
*WAS PERMISSION GIVEN TO DEF - NOLTZ KEVIN.*
*TO MAKE UP A STORY THAT IS FALSE +*
*UTILIZED IT FOR HIS OWN ECONOMIC BENEFIT*
*DEF KEVIN NOLTZ WAS WARNED BY WARICK POLICE*
*TO TAKE VIDEO OFF + BUT AGAIN W/O MR, HEIDI'S*
*PERMISSION AGAIN PUBLISHED VIDEO.*
*KEVIN NOLTS YOUTUBE INVOLVED.*
*EVERYONE VIEWED ON INTERNET*

---

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who also saw what happened?**

## IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. MR HOBI PLAINTIFF SUFFERED A LOSS OF INCOME AS MANY CUSTOMERS NOW HE HAS BEEN FALL "ON VIDEO. HE HAS BEEN IN BUSINESS APPEX 15YRS. + IS NOW NO LONGER OPERATING IN THIS AREA DUE TO THE SCORN + HUMILIATION OVER THIS VIDEO. SAM HOBI HAS SUFFERED EMOTIONAL STRES + LOSS OF HIS INCOME + EARNING CAPACITY

## V.     Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. PLAINTIFF SEEKING DAMAGES IN EXCESS OF 500,000 PLUS PUNITATIVE DAMAGES FOR RECKLESS AND INTENTIONAL USE OF INTERNET TO DESTROY REPUTATION OF PLAINTIFF PLUS ADDITIONAL COURT COSTS + ATTORNEY FEES + SUCH OTHER REMEDIES THAT ARE JUST + EQUITABLE UNDER THE CIRCUMSTANCES

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of _Jnly 30, 2010_____ , 20_____.

Signature of Plaintiff _SAM HUB, PRO SE___

Mailing Address _2020 ARTHUR ST._
_PHILA, PA 19152_

Telephone Number _267-235 4040_

Fax Number (if you have one) _____

E-mail Address _____

<u>Note:</u>   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

<u>For Prisoners:</u>

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _2020 ARTHUR ST., PHILA, PA 19152_

Address of Defendant: _DOYLESTOWN TWP, PA_

Place of Accident, Incident or Transaction: _____
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐ No☑

Does this case involve multidistrict litigation possibilities?    Yes☐ No☐ _UNDETERMINED_
*RELATED CASE, IF ANY:*
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes☐ No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes☐ No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?    Yes☐ No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes☐ No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☑ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☑ All other Federal Question Cases
(Please specify)

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☑ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify)

**ARBITRATION CERTIFICATION**
*(Check Appropriate Category)*
I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____    _____    _____
                Attorney-at-Law              Attorney I.D.#
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 7/30/2010    _____    _____
                Attorney-at-Law              Attorney I.D.#
CIV. 609 (6/08)

JUL 3 0 2010

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

|  |  |  |
|---|---|---|
| v. | : | CIVIL ACTION |
|  | : | **10    3821** |
|  | : |  |
|  | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.                    ( )

(c) Arbitration – Cases required to be designated fo arbitration under Local Civil Rule 53.2.                    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.                    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)                    (X)

(f) Standard Management – Cases that do not fall into any one of the other tracks.                    ( )

_7/30/10_
Date

_SAM HUBI_
Printed Name of Pro Se Plaintiff

_S. Hub_
Signature of Pro Se Plaintiff

**(Civ. 660) 08/09**

JUL 3 0 2010

factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation